# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10350-ELF

FRANKLIN ALBERT BENNETT III

516 BROOKVIEW ROAD

EXTON, PA 19341

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    FRANKLIN ALBERT BENNETT III

    516 BROOKVIEW ROAD

    EXTON, PA 19341

**Counsel for debtor(s), by electronic notice only.**
    DAVID K. LEHMAN, ESQ
    SANDHER & LEHMAN, LLC
    1628 JFK BLVD., SUITE 2120
    PHILA.,, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                 /s/ William C. Miller

Date: 3/20/2019

                                                 _____
                                                 William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee