## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-10350-ELF

FRANKLIN ALBERT BENNETT III

516 BROOKVIEW ROAD

EXTON, PA 19341

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    FRANKLIN ALBERT BENNETT III

    516 BROOKVIEW ROAD

    EXTON, PA 19341

Counsel for debtor(s), by electronic notice only.

    DAVID K. LEHMAN, ESQ
    SANDHER & LEHMAN, LLC
    1628 JFK BLVD., SUITE 2120
    PHILA.,, PA 19103-

Date: 4/16/2019

                                      /S/ William C. Miller
                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee