# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Franklin A. Bennett III  : 19-10350-elf
    Debtor,  : Chapter 13

# ORDER

**AND NOW**, this _____ day of _____, 2019, upon consideration of Trustee's Motion to Dismiss and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **DENIED**.

BY:

_____
J.

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Franklin A. Bennett III            : 19-10350-elf
       Debtor,                            : Chapter 13

## DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

Debtor hereby files an answer to Trustee filed a motion to Dismiss on 4/16/19 for Debtor failing to provide evidence of business insurance and states as follows:

1. Debtor is not required to have and does not have business insurance.

4/26/19

                                        BY:    **/s David K. Lehman**
                                        David K. Lehman, Esq. (84887)
                                        SANDHER & LEHMAN, LLC
                                        1628 JFK Blvd, Suite 2120
                                        Philadelphia, PA 19103
                                        215-313-4306
                                        Davidlehmanesquire@gmail.com