

Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
+1 215 851 8100
Fax +1 215 851 1420
reedsmith.com

**Lauren S. Zabel**
Direct Phone: +1 215 851 8147
Email: lzabel@reedsmith.com

May 8, 2019

**By Electronic Mail**

The Honorable Eric J. Frank
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 201
Philadelphia, PA 19107

    Re:    **In re Franklin A. Bennett III, U.S.B.C. E.D.Pa. No. 19-10350-elf – Request for Continuance**

Dear Judge Frank:

In accordance with Your Honor's courtroom procedures, the parties would jointly like to request a 60 day continuance of the hearing presently scheduled on May 16, 2019 at 9:30 a.m. relating to the motion pending at docket number 10 in the above-referenced matter.  The parties are in the midst of settlement discussions and are continuing to take discovery in this matter.

The parties are available at Your Honor's convenience should you have any questions.  Thank you very much for your attention to this matter.

Very truly yours,


/s/ Lauren S. Zabel
Lauren S. Zabel

LSZ:lk

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-146716689.1-LSZABEL 05/08/2019 9:42 AM