**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **CHAPTER 13** |
| **FRANKLIN A. BENNETT III** | : | |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO. 19-10350 (ELF)** |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that the undersigned hereby enters his appearance in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure as counsel for and on behalf of LEILA REYES, a creditor in the above-captioned bankruptcy case, and hereby requests, pursuant to 11 U.S.C. § 342 and Rules 2002 and 9001 of the Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon counsel at the following address and telephone number:

>Frank S. Marinas, Esquire
>Maschmeyer Marinas P.C.
>350 South Main Street
>Suite 105
>Doylestown, PA  18901
>Telephone: 609-320-0600
>Email: Fmarinas@maschmarinas.com

>**Respectfully submitted,**

>**MASCHMEYER MARINAS P.C.**

>By:   /s/    *Frank S. Marinas*
>       FRANK S. MARINAS
>       350 South Main Street
>       Suite 105
>       Doylestown, PA  18901
>       (610) 320-0600

Dated:    May 14, 2019            Attorney for Leila Reyes