**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 19-10350-elf |
| ) | |
| Franklin A. Bennett III ) | Chapter 13 |
| ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

Citibank, N.A., as Trustee for the Wachovia Loan Trust, 2005-SD1 Asset-Backed Certificates, Series 2005- SD1, c/o Wells Fargo Bank, N.A. ("Citibank" or "Movant") has filed Citibank, N.A.'s Motion For An Order Granting Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(d) (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this adversary proceeding. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **June 3, 2019** you or your attorney must do all of the following:

    a.  file an answer explaining your position at:

        United States Bankruptcy Court,
        Eastern District of Pennsylvania
        Philadelphia Office
        Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA 19107
        Clerk of Court: Timothy B. McGrath, Clerk of Court

if you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b.  mail a copy to the Movant's attorney:

        Lauren S. Zabel, Esquire
        REED SMITH LLP
        Three Logan Square
        1717 Arch Street, Suite 1300

        Philadelphia, PA 19103
        Telephone:  (215) 851-8100
        Facsimile:  (215) 851-1420
        E-mail: lzabel@reedsmith.com

2.    If you or your attorney do not take the steps described in paragraphs above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

3.    A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank in Courtroom #1, United States Bankruptcy Court for the Eastern District of Pennsylvania, Philadelphia Division, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107 on **June 11, 2019 at 9:30 a.m.**

4.    If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer or otherwise.

Dated this 21 day of May, 2019

        Respectfully submitted,

        REED SMITH, LLP

        */s/ Lauren S. Zabel*
        Lauren S. Zabel, Esq.
        Suite 3100
        Three Logan Square
        1717 Arch Street
        Philadelphia, PA 19103
        Tel: 215-851-8100
        Email: lzabel@reedsmith.com

        *Attorneys for Movant / Creditor*
        *Citibank, N.A.*