**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 19-10350-elf |
| | ) |
| Franklin A. Bennett III | ) Chapter 13 |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Motion for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and notice thereof was filed electronically and served on all parties and counsel of record via the Court's ECF filing system:

Dated:  May 21, 2019            REED SMITH, LLP

*/s/ Lauren S. Zabel*
Lauren S. Zabel, Esq.
lzabel@reedsmith.com

*Attorneys for Movant / Creditor*
*Citibank, N.A.*