**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 19-10350-elf |
| Franklin Albert Bennett, III | : | |
| Debtor | : | CHAPTER 13 |

_____

**ENTRY OF APPEARANCE**

    Kindly enter my appearance as attorney for Debtor, Franklin Albert Bennett, III in all matters for the duration of this bankruptcy case.

        Erik B. Jensen, Esquire
        Jensen Bagnato, P.C.
        1500 Walnut Street, Suite 1920
        Philadelphia, PA 19102

        /s/ Erik B. Jensen_____
        Erik B. Jensen, Esquire
        Jensen Bagnato, P.C.
        1500 Walnut Street, Suite 1920
        Philadelphia, PA 19102
        215-546-4700