**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Franklin A. Bennett III<br>　　Debtor, | : 19-10350-elf<br>: Chapter 13<br>: |

| | |
|---|---|
| Leila Reyes<br>Charles Cooper Esquire<br>Cooper Schall & Levy<br>2000 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>　　　Creditor,<br><br>and<br><br>William C. Miller,<br>　　Trustee. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

# NOTICE OF HEARING

　　Franklin A. Bennett III, Debtor has filed a Debtor's Motion for Sanctions and Dismiss against Leila Reyes with the Court.

　　<u>Your rights may be affected.</u>　You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.　(If you do not have an attorney, you may wish to consult with an attorney.)

　　1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the Debtor's Motion for Sanctions and Dismiss, then on or before **June 25, 2019** you or your attorney must:

　　File an answer explaining your position at:

**Clerk of the Court
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street**

**Philadelphia, PA 19107**

If you mail your answer to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Erik Jensen, Esq.
> Jensen Bagnato, P.C.
> 1500 Walnut St, Suite 1920
> Philadelphia, PA 19102
> (215) 546-4700
> erik@jensenbagnatolaw.com

2. If you or your attorney do not take these steps and attend the hearing, the Court may enter an order granting that relief requested in the motion.

3. **A hearing on the motion is scheduled to be held before the Honorable Judge Eric L. Frank on July 23, 2019 at 11:00 AM in Courtroom 1, United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

6/11/19

BY:   ***/s Erik Jensen, Esq.***
Erik Jensen, Esq.
Jensen Bagnato, P.C.
1500 Walnut St, Suite 1920
Philadelphia, PA 19102
(215) 546-4700
erik@jensenbagnatolaw.com