# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Franklin A. Bennett III** | : 19-10350-elf |
| Debtor, | : Chapter 13 |

### NOTICE OF HEARING TO CONSIDER OBJECTION TO PROOF OF CLAIM 1-1

The debtor has filed an objection to the proof of claim you filed in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.

If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the Hearing on the Objection scheduled to be held before the Honorable Eric K. Frank, on July 30, 2019, at 1:00 P.M. in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107. If you or your attorney do not attend the Hearing on the Objection, the Court may decide that you do not oppose the Objection to the Claim.

Date: June 13, 2019

/s/ Erik B. Jensen
Erik B. Jensen, Esquire.
1500 Walnut Street, Suite 1920
Philadelphia PA 19102
215-546-4700