IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Franklin A. Bennett III  
    Debtor,

: 19-10350-elf  
: Chapter 13  
: Hearing Date/Time:  
: 7/30/19 at 9:30am

CITIBANK, N.A., AS TRUSTEE FOR  
THE WACHOVIA LOAN TRUST, 2005-SD1  
ASSET-BACKED CERTIFICATES, SERIES 2005-SD1,  
C/O WELLS FARGO BANK, N.A.  
3476 STATEVIEW BOULEVARD  
FORT MILL, SC 29715  
    Creditor,

vs.

Franklin A. Bennett III,  
    Debtor / Plan Proponent,

and

William C. Miller,  
    Trustee.

# NOTICE OF HEARING

Franklin A. Bennett III, Debtor has filed a DEBTOR'S MOTION FOR RECONSIDERATION OF THE COURTS 6/11/19 ORDER GRANTING CITIBANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 USC 362(D) with the Court.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the Debtor's Motion Determine Secured Status Of Lien On Real Property, Value, and Offset Claim with Debtors Judgment against CITIBANK, N.A., then on or before **7/5/19** you or your attorney must:

File an answer explaining your position at:

**Clerk of the Court**
**United States Bankruptcy Court**
**Eastern District of Pennsylvania**
**900 Market Street**
**Philadelphia, PA 19107**

If you mail your answer to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Erik Jensen, Esq.
**Attorney for Debtors**
Jensen Bagnato, P.C.
1500 Walnut St, Suite 1920
Philadelphia, PA 19102
(215) 546-4700

2. If you or your attorney do not take these steps and attend the hearing, the Court may enter an order granting that relief requested in the motion.

3. **A hearing on the motion is scheduled to be held before the Honorable Judge Frank on 7/30/19 at 9:30 AM in Courtroom 1, United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).