United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10350-elf
Franklin Albert Bennett III                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore             Page 1 of 1                  Date Rcvd: Jun 11, 2019
                              Form ID: pdf900             Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.
db             +Franklin Albert Bennett III,    516 Brookview Road,    Exton, PA 19341-2407
cr             +Leila Reyes,    Maschmeyer Marinas P.C.,    350 South Main Street, suite 105,
                 Doylestown,, PA 18901-4872
cr             +West Whiteland Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 12 2019 02:38:14      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2019 02:37:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 12 2019 02:38:03      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2019 02:42:26      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2019 at the address(es) listed below:
      DAVID K. LEHMAN    on behalf of Debtor Franklin Albert Bennett III davidlehmanesquire@gmail.com
      ERIK B. JENSEN     on behalf of Debtor Franklin Albert Bennett III akeem@jensenbagnatolaw.com,
      gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
      FRANK S. MARINAS     on behalf of Creditor Leila  Reyes Fmarinas@msn.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
      jwood@ecf.inforuptcy.com
      JEROME B. BLANK    on behalf of Creditor    CITIBANK N.A., AS TRUSTEE, et.al. paeb@fedphe.com
      KEVIN G. MCDONALD     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
      PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
      bkgroup@kmllawgroup.com
      LAUREN S. ZABEL     on behalf of     CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1
      ASSET-BACKED CERTIFICATES, SERIES 2005-SD1 lzabel@reedsmith.com
      LAUREN S. ZABEL     on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE, et.al. lzabel@reedsmith.com
      MARIO J. HANYON     on behalf of Creditor    CITIBANK N.A., AS TRUSTEE, et.al. paeb@fedphe.com
      PAUL BRINTON MASCHMEYER     on behalf of Creditor Leila  Reyes pmaschmeyer@maschmarinas.com,
      FMarinas@msn.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
      philaecf@gmail.com
                                                                                             TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 19-10350-elf |
| ) | |
| Franklin A. Bennett III ) | Chapter 13 |
| ) | |
| ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |

**ORDER GRANTING CITIBANK, N.A.'S MOTION FOR
AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(d)**

Upon notice and consideration of the Motion filed by Citibank, N.A., as Trustee for the Wachovia Loan Trust, 2005-SD1 Asset-Backed Certificates, Series 2005- SD1, c/o Wells Fargo Bank, N.A. ("Citibank, N.A." or "Movant") For An Order Granting Relief From The Automatic Stay Pursuant To 11 U.S.C. § 362(d) (the "Motion"),[1] and after notice and an opportunity for a hearing, it is hereby

**ORDERED THAT** the Motion is **GRANTED**; and it is

1. **FURTHER ORDERED** that the automatic stay is hereby **MODIFIED** as to Citibank, N.A. and Citibank, N.A. is hereby authorized to (a) resume litigation in the action commenced by Debtor captioned *Franklin A. Bennett, III, v. Citibank, N.A., et. al.,* pending in the in the Court of Common Pleas of Chester County, Case No. 2018-12190-RC, and (b) otherwise exercise any and all *in rem* rights and remedies available to non-bankruptcy law, including but not limited to, any and all rights available under state law; and it is

**FURTHER ORDERED** that the terms of this Order shall be binding on the Debtor, his successors and assigns, and any trustee appointed in the Debtor's bankruptcy case and shall

---

[1] Capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

survive the dismissal, conversion, or closing of the Debtor's bankruptcy case.[*] ~~and be enforceable in any subsequent case commenced by or against the Debtor or his successors and assigns under the Bankruptcy Code and by any other court having jurisdiction over the Debtors or its successors and assigns.~~

Dated: 6/11/19

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

_____

[*] The motion is being granted by default. The record reflects that the Debtor filed a response, out of time, several minutes after the scheduled starting time of the hearing on the motion. Also, the debtor failed to appear at the hearing. In these circumstances, I decline to exercise my authority to consider the untimely response to the motion.