# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **CHAPTER 13** |
| **FRANKLIN A. BENNETT III** | : | |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO. 19-10350 (ELF)** |
| | : | |

# O R D E R

**AND NOW**, on this  14th  day of   June   , 2019, upon consideration of the Motion of Leila Reyes for Leave to File Proof of Claim and for Entry of Order Deeming Proof of Claim Timely Filed in accordance with Rule 3002(c) of the Federal Rules of Bankruptcy Procedure (the "Motion") and, a hearing, it is hereby:

1. **ORDERED** that the Motion is **GRANTED**; and it is further

2. **ORDERED** that the Proof of Claim at issue here, docketed on the Court's Claims Register as Claim No. 6, is deemed as timely filed in accordance with Fed. R. Bankr. P. 3002(c).

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**