United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-10350-elf
Franklin Albert Bennett III  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Jun 14, 2019
                         Form ID: pdf900     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
db         +Franklin Albert Bennett III,   516 Brookview Road,   Exton, PA 19341-2407
cr         +Leila Reyes,   Maschmeyer Marinas P.C.,   350 South Main Street, suite 105,
             Doylestown,, PA 18901-4872
cr         +West Whiteland Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
             Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Jun 15 2019 03:34:39     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2019 03:33:25
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2019 03:33:59     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2019 03:27:44     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:
          DAVID K. LEHMAN   on behalf of Debtor Franklin Albert Bennett III davidlehmanesquire@gmail.com
          ERIK B. JENSEN    on behalf of Debtor Franklin Albert Bennett III akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          FRANK S. MARINAS    on behalf of Creditor Leila  Reyes Fmarinas@msn.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   West Whiteland Township jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JEROME B. BLANK    on behalf of Creditor    CITIBANK N.A., AS TRUSTEE, et.al. paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bkgroup@kmllawgroup.com
          LAUREN S. ZABEL    on behalf of     CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1
           ASSET-BACKED CERTIFICATES, SERIES 2005-SD1 lzabel@reedsmith.com
          LAUREN S. ZABEL    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE, et.al. lzabel@reedsmith.com
          MARIO J. HANYON    on behalf of Creditor    CITIBANK N.A., AS TRUSTEE, et.al. paeb@fedphe.com
          PAUL BRINTON MASCHMEYER    on behalf of Creditor Leila  Reyes pmaschmeyer@maschmarinas.com,
           FMarinas@msn.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **CHAPTER 13** |
| **FRANKLIN A. BENNETT III** | : | |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO. 19-10350 (ELF)** |
| | : | |

**O R D E R**

**AND NOW**, on this  14th  day of  June  , 2019, upon consideration of the Motion of Leila Reyes for Leave to File Proof of Claim and for Entry of Order Deeming Proof of Claim Timely Filed in accordance with Rule 3002(c) of the Federal Rules of Bankruptcy Procedure (the "Motion") and, a hearing, it is hereby:

1. **ORDERED** that the Motion is **GRANTED**; and it is further

2. **ORDERED** that the Proof of Claim at issue here, docketed on the Court's Claims Register as Claim No. 6, is deemed as timely filed in accordance with Fed. R. Bankr. P. 3002(c).

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**