**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Franklin A. Bennett III**                : 19-10350-elf
    **Debtor,**                                              : **Chapter 13**

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Compel Deposition of Citibank and Produce Documents ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on June 21, 2019 at 1:00 p.m., in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

Date: 6/17/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**