## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **CHAPTER 13** |
| **FRANKLIN A. BENNETT III** | : | |
| | : | |
| Debtor | : | **BANKRUPTCY NO. 19-10350 (ELF)** |
| | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

LEILA REYES (the "Movant") has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.     If you do not want the Court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before July 2**, 2019**, you or your attorney must do all of the following:

(a)     File an objection explaining your position at

United States Bankruptcy Court
for the Eastern District of Pennsylvania
The Robert N.C. Nix, Jr. Building
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your objection to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)     Mail a copy to the movant's attorney:

Paul B Maschmeyer, Esquire
Maschmeyer Marinas, P.C.
350 South Main Street
Doylestown, PA  18901
Phone No. (610) 296-3325
Pmaschmeyer357@gmail.com

2.     If you, or your attorney, do not take the steps described in paragraphs 1(a) and 1(b) above, the court may enter an order granting the relief requested in the Motion.

1

3.      **A hearing on the Motion is scheduled to be held before The Honorable Eric L. Frank on July 11, 2019 at  9:30 am       in Courtroom No. 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.**

4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an objection or other responsive pleading.

MASCHMEYER MARINAS P.C.

By:  /s/     *Paul B. Maschmeyer*            .
        Paul B Maschmeyer, Esquire
        Maschmeyer Marinas, P.C.
        350 South Main Street
        Doylestown, PA  18901
        Phone No. (610) 296-3325
        Attorney for the Movant

Dated: June 17, 2019