**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Franklin A. Bennett III        : 19-10350-elf
    Debtor,                                    : Chapter 13

## **ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the Debtor's Objection to the proof of claim of Wells Fargo Bank. N.A., Proof of Claim #5, it is hereby ORDERED and DECREED that the proof of claim filed by Wells Fargo Bank, N.A. is hereby disallowed and removed from the claims registry.

 

_____
Honorable Eric L. Frank
United States Bankruptcy Judge