# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Franklin A. Bennett III | : 19-10350-elf |
| Debtor, | : Chapter 13 |

## **ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the Debtor's Objection to the proof of claim of Leila Reyes, Proof of Claim #6, it is hereby ORDERED and DECREED that the proof of claim filed by Leila Reyes is hereby disallowed and removed from the claims registry.

_____
Honorable Eric L. Frank
United States Bankruptcy Judge