**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Franklin A. Bennett III       : 19-10350-elf
   Debtor,           : Chapter 13

## <u>ORDER</u>

   AND NOW, this _____ day of _____, 2019, upon consideration

of the Debtor's Objection to the proof of claim of Philadelphia Gas Works, Proof of

Claim #1, it is hereby ORDERED and DECREED that the proof of claim filed by

Philadelphia Gas Works is hereby disallowed and removed from the claims registry.

        _____
        Honorable Eric L. Frank
        United States Bankruptcy Judge