# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | FRANKLIN A. BENNETT III, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 19-10350 ELF |

# O R D E R

**AND NOW**, after a hearing held on **June 26, 2019**, it is hereby **ORDERED** that:

1. For the reasons stated in court, the Debtor's Motion (Doc. # 70) to Reconsider the Order Dated June 11, 2019 (Doc. # 61) is **DENIED**.

2. By agreement, the Debtor's Motion to Determine Secured Status and Offset Claim with Debtor's Judgment against Citibank ("the Motion") (Doc. # 10) is **DENIED WITHOUT PREJUDICE**.

3. By agreement, the Debtor's Motion to Compel Discovery ("the Discovery Motion") (Doc. # 69) is **DENIED WITHOUT PREJUDICE**.

Date:  June 26, 2019

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**