United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Franklin Albert Bennett III  
      Debtor

Case No. 19-10350-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Jun 26, 2019  
                 Form ID: pdf900     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.
```
db             +Franklin Albert Bennett III,    516 Brookview Road,    Exton, PA 19341-2407
cr             +Leila Reyes,    Maschmeyer Marinas P.C.,    350 South Main Street, suite 105,
                 Doylestown,, PA 18901-4872
cr             +West Whiteland Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 27 2019 03:00:17      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2019 02:59:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 27 2019 03:00:11      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2019 03:06:04      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:
```
              DAVID K. LEHMAN    on behalf of Debtor Franklin Albert Bennett III davidlehmanesquire@gmail.com
              ERIK B. JENSEN    on behalf of Debtor Franklin Albert Bennett III akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              FRANK S. MARINAS    on behalf of Creditor Leila  Reyes Fmarinas@msn.com
              JAMES RANDOLPH WOOD    on behalf of Creditor   West Whiteland Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor   CITIBANK N.A., AS TRUSTEE, et.al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1
               ASSET-BACKED CERTIFICATES, SERIES 2005-SD1 paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com
              LAUREN S. ZABEL    on behalf of     CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1
               ASSET-BACKED CERTIFICATES, SERIES 2005-SD1 lzabel@reedsmith.com
              LAUREN S. ZABEL    on behalf of Creditor   CITIBANK N.A., AS TRUSTEE, et.al. lzabel@reedsmith.com
              MARIO J. HANYON    on behalf of Creditor   CITIBANK N.A., AS TRUSTEE, et.al. paeb@fedphe.com
              PAUL BRINTON MASCHMEYER    on behalf of Creditor Leila  Reyes pmaschmeyer@maschmarinas.com,
               FMarinas@msn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 14
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | FRANKLIN A. BENNETT III, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 19-10350 ELF |

## O R D E R

**AND NOW**, after a hearing held on **June 26, 2019**, it is hereby **ORDERED** that:

1. For the reasons stated in court, the Debtor's Motion (Doc. # 70) to Reconsider the Order Dated June 11, 2019 (Doc. # 61) is **DENIED**.

2. By agreement, the Debtor's Motion to Determine Secured Status and Offset Claim with Debtor's Judgment against Citibank ("the Motion") (Doc. # 10) is **DENIED WITHOUT PREJUDICE**.

3. By agreement, the Debtor's Motion to Compel Discovery ("the Discovery Motion") (Doc. # 69) is **DENIED WITHOUT PREJUDICE**.

Date:  June 26, 2019

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**