**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **CHAPTER 13** |
| **FRANKLIN A. BENNETT III** | : | |
| | : | |
| Debtor | : | **BANKRUPTCY NO. 19-10350 (ELF)** |
| | : | |

**CERTIFICATION OF NO ANSWER, OBJECTION OR OTHER**
**RESPONSIVE PLEADING TO THE MOTION OF LEILA REYES FOR**
**RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

**TO:** THE HONORABLE ERIC L. FRANK,
United States Bankruptcy Judge

I, PAUL B. MASCHMEYER, ESQUIRE, of Maschmeyer Marinas P.C., hereby certify that on June 17, 2019, a copy of (i) the Motion of LEILA REYES ("Movant") for Relief from the Automatic Stay (the "Motion"), and (ii) the Notice of Motion, Response Deadline and Hearing Date (the "Notice), was served on the Office of the United States Trustee, the Debtor and other parties-in-interest in the above-captioned proceeding. No creditor or party-in-interest has served or file any answer, objection or other responsive pleading to the Motion and the time for serving and filing any such answer, objection or responsive pleading has expired.

**WHEREFORE**, counsel to the Movant respectfully requests that this Motion be granted.

Respectfully submitted,

**MASCHMEYER MARINAS P.C.**

By: /s/    *Paul B. Maschmeyer*
 PAUL B. MASCHMEYER
 FRANK S. MARINAS
 350 South Main Street, Suite 105
 Doylestown, PA  18901
 (610) 296-3325

Dated:    July 8, 2019 Attorneys for the Movant