IN THE UNITED STATES BANKRUPRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY


In re                                          : CHAPTER 13

    Franklin Albert Bennett III            : BANKRUPTCY NO.:  19-10350-elf


<u>PRAECIPE TO WITHDRAW</u>


Kindly withdraw the Objection to Claim Number 6 filed June 13, 2019



Respectfully submitted,

<u>/s/ERIK B. JENSEN,</u>

Date: 7/11/19                        ERIK B. JENSEN, ESQUIRE