IN THE UNITED STATES BANKRUPRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re                                    : CHAPTER 13

    Franklin Albert Bennett III        : BANKRUPTCY NO.:  19-10350-elf


<u>PRAECIPE TO WITHDRAW</u>


Kindly withdraw the Objection to Claim Number 5 filed June 13, 2019




Respectfully submitted,

<u>/s/ERIK B. JENSEN,</u>

Date: 7/11/19                            ERIK B. JENSEN, ESQUIRE