IN THE UNITED STATES BANKRUPRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re                                                          : CHAPTER 13

    Franklin Albert Bennett III                    : BANKRUPTCY NO.:  19-10350-elf

PRAECIPE TO WITHDRAW

Kindly withdraw the Objection to Claim Number 1 filed June 13, 2019

Respectfully submitted,

/s/ERIK B. JENSEN,

Date: 7/11/19                                        ERIK B. JENSEN, ESQUIRE