IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | CHAPTER 13 |
| **FRANKLIN A. BENNETT III** | : | |
| | : | |
| Debtor | : | BANKRUPTCY NO. 19-10350 (ELF) |
| | : | |

### O R D E R

**AND NOW**, on this  11th  day of    July   , 2019, upon consideration of the Motion of Leila Reyes (the "Movant") for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) (the "Motion") and, after notice and hearing, it is hereby:

1. **ORDERED** that the Motion is **GRANTED**; it is further,

2. **ORDERED** that the automatic stay provisions of 11 U.S.C. § 362(a) are hereby **VACATED** with respect to the Movant and that the Movant may **(a)** proceed with the State Court Complaint (*as defined in the Motion*) under Civil Action No. 1902027013 against the above-captioned debtor, FRANKLIN A. BENNETT III (hereinafter, the "Debtor") and his non-debtor wife in the Court of Common Pleas of Philadelphia County and **(b)** prosecute the claims asserted in the State Court Complaint to final judgment; it is further,

3. **ORDERED** that the stay imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is **VACATED** and immediate enforcement of this Order may be sought.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**