United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Franklin Albert Bennett III
    Debtor

Case No. 19-10350-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Jul 11, 2019
                      Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
```
db             +Franklin Albert Bennett III,    516 Brookview Road,    Exton, PA 19341-2407
cr             +Leila Reyes,    Maschmeyer Marinas P.C.,    350 South Main Street, suite 105,
                 Doylestown,, PA 18901-4872
cr             +West Whiteland Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:41     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2019 03:02:02     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
```
              DAVID K. LEHMAN    on behalf of Debtor Franklin Albert Bennett III davidlehmanesquire@gmail.com
              ERIK B. JENSEN    on behalf of Debtor Franklin Albert Bennett III akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              FRANK S. MARINAS    on behalf of Creditor Leila  Reyes Fmarinas@msn.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    CITIBANK N.A., AS TRUSTEE, et.al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of    CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1
               ASSET-BACKED CERTIFICATES, SERIES 2005-SD1 paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com
              LAUREN S. ZABEL    on behalf of    CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1
               ASSET-BACKED CERTIFICATES, SERIES 2005-SD1 lzabel@reedsmith.com
              LAUREN S. ZABEL    on behalf of Creditor    CITIBANK N.A., AS TRUSTEE, et.al. lzabel@reedsmith.com
              MARIO J. HANYON    on behalf of Creditor    CITIBANK N.A., AS TRUSTEE, et.al. paeb@fedphe.com
              PAUL BRINTON MASCHMEYER    on behalf of Creditor Leila  Reyes pmaschmeyer@maschmarinas.com,
               FMarinas@msn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 14
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | CHAPTER 13 |
| FRANKLIN A. BENNETT III | : | |
| | : | |
| Debtor | : | BANKRUPTCY NO. 19-10350 (ELF) |
| | : | |

### O R D E R

**AND NOW**, on this  11th  day of   July   , 2019, upon consideration of the Motion of Leila Reyes (the "Movant") for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) (the "Motion") and, after notice and hearing, it is hereby:

1. **ORDERED** that the Motion is **GRANTED**; it is further,

2. **ORDERED** that the automatic stay provisions of 11 U.S.C. § 362(a) are hereby **VACATED** with respect to the Movant and that the Movant may **(a)** proceed with the State Court Complaint (*as defined in the Motion*) under Civil Action No. 1902027013 against the above-captioned debtor, FRANKLIN A. BENNETT III (hereinafter, the "Debtor") and his non-debtor wife in the Court of Common Pleas of Philadelphia County and **(b)** prosecute the claims asserted in the State Court Complaint to final judgment; it is further,

3. **ORDERED** that the stay imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is **VACATED** and immediate enforcement of this Order may be sought.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**