IN THE UNITED STATES BANKRUPRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re                                                        : CHAPTER 13

    Franklin Albert Bennett, III            : BANKRUPTCY NO.:  19-10350-elf

PRAECIPE TO WITHDRAW

Kindly withdraw the Motion For Sanctions and to Dismiss filed on June 11, 2019.

                        Respectfully submitted,

                        /s/ERIK B. JENSEN,

Date: 7/26/19               ERIK B. JENSEN, ESQUIRE