UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKLIN ALBERT BENNETT III                    Chapter 13

              Debtor                Bankruptcy No. 19-10350-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: July 31, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID K. LEHMAN, ESQ
SANDHER & LEHMAN, LLC
1628 JFK BLVD., SUITE 2120
PHILA.,, PA 19103-

Debtor:
FRANKLIN ALBERT BENNETT III

516 BROOKVIEW ROAD

EXTON, PA 19341