United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-10350-elf
Franklin Albert Bennett III                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore             Page 1 of 2             Date Rcvd: Jul 31, 2019
                              Form ID: pdf900             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
```
db            +Franklin Albert Bennett III,   516 Brookview Road,   Exton, PA 19341-2407
cr            +Leila Reyes,   Maschmeyer Marinas P.C.,   350 South Main Street, suite 105,
                Doylestown,, PA 18901-4872
14260612       Berkheimer,   PA Tax Administration Services,   PO Box 25144,   Lehigh Valley, PA 18002-5144
14260600      +CITIBANK, N.A., AS TRUSTEE FOR,   THE WACHOVIA LOAN TRUST, 2005-SD1,
                ASSET-BACKED CERTIFICATES, SERIES 2005-S,   C/O WELLS FARGO BANK, N.A.,
                3476 STATEVIEW BOULEVARD,   FORT MILL, SC 29715-7203
14273320       Citibank N.A. as Trustee For Wachovia Loan Trust,   c/o Mario J. Hanyon, Esquire,
                1617 JFK Boulevard, Suite 1400,   One Penn Center Plaza,   Philadelphia, Pa   19103
14298090       Citibank, N.A., ET.AL.,   Wells Fargo Bank, N.A.,   Default Document Processing,
                MAC# N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
14260609      +Keystone Collections Group,   546 Wendel Road,   Irwin, PA 15642-7539
14260608      +Keystone Collections Group,   780 Miles Road,   West Chester, PA 19380-1929
14315542      +Leila Reyes,   Charles Cooper Esquire,   Cooper Schall & Levy,   2000 Market Street, Suite 1400,
                Philadelphia, PA 19103-3214
14325590      +Leila Reyes,   c/o Frank S. Marinas, Esquire,   Maschmeyer Marinas P.C.,
                350 South Main Street Suite 105,   Doylestown, Pa 18901-4872
14266268      +Philadelphia Gas Works,   800 W Montgomery Avenue,   Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
14260613      +U.S. BANK NATIONAL ASSOCIATION TRUSTEE FOR THE PHF,   Prusuant to a Trust Indenture Dated as o,
                211 NORTH FRONT STREET,   P.O. BOX 15057,   HARRISBURG PA 17105-5057
14288206      +U.S. Bank National Association,   c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
                701 Market Street, Suite 5000,   Philadelphia, Pa 19106-1541
14260605      +Wells Fargo Home Mortgage,   PO Box 14411,   Des Moines, IA 50306-3411
14260604      +Wells Fargo Home Mortgage,   PO BOx 10335,   Des Moines, IA 50306-0335
14315543      +West Whiteland Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                Norristown, PA 19404-3020
14260611      +West Whiteland Township,   P.O. Box 492,   Exton, PA 19341-0492
14260606      +West Whiteland Township,   PO Box 8379,   Lancaster, PA 17604-8379
14260610      +West Whiteland Township,   101 Commerce Drive,   Exton, PA 19341-2726
14260607      +West Whiteland Township,   c/o James R. Wood, Esquire,   Portnoff Law Associates, Ltd.,
                2700 Horizon Drive,   Suite 100,   King of Prussia, PA 19406-2726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 01 2019 03:27:40     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2019 03:27:09
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2019 03:27:38     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14281811      +E-mail/Text: megan.harper@phila.gov Aug 01 2019 03:27:39
                CITY OF PHILADELPHIA LAW DEPARTMENT,   TAX & REVENUE UNIT,   BANKRUPTCY GROUP, MSB,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1613
14295434      +E-mail/Text: blegal@phfa.org Aug 01 2019 03:27:28     Pennsylvania Housing Finance Agency,
                211 North Front Street,   Harrisburg, PA 17101-1406
14260776      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 03:31:11     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 6
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14260603        CITIBANK, N.A., AS TRUSTEE FOR,   THE WACHOVIA LOAN TRUST, 2005-SD1,
                 ASSET-BACKED CERTIFICATES, SERIES 2005-S,   C/O WELLS FARGO BANK, N.A.,
                 c/o Jonathan M. Marmo, Esq.,   ReedSmith LLP
14260602        CITIBANK, N.A., AS TRUSTEE FOR,   THE WACHOVIA LOAN TRUST, 2005-SD1,
                 ASSET-BACKED CERTIFICATES, SERIES 2005-S,   C/O WELLS FARGO BANK, N.A.,
                 c/o Robert P. Wendt, Esq.,   Phelan Hallinan, Diamond & Jones, LLP
14260601        CITIBANK, N.A., AS TRUSTEE FOR,   THE WACHOVIA LOAN TRUST, 2005-SD1,
                 ASSET-BACKED CERTIFICATES, SERIES 2005-S,   C/O WELLS FARGO BANK, N.A.,
                 c/o Jerome B. Blank, Esquire,   Phelan Hallinan Diamond & Jones, LLP
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*            +West Whiteland Township,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
14315961*      +West Whiteland Township,   c/o James R. Wood, Esquire,   Portnoff Law Associates, LTD,
                 2700 Horizon Drive, Suite 100,   King of Prussia, PA 19406-2726
14318554*      +West Whiteland Township,   c/o James R. Wood, Esquire,   Portnoff Law Associates, Ltd.,
                 2700 Horizon Drive, Suite 100,   King of Prussia, Pa 19406-2726
                                                                                TOTALS: 3, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2              Date Rcvd: Jul 31, 2019
                              Form ID: pdf900           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
          DAVID K. LEHMAN    on behalf of Debtor Franklin Albert Bennett III davidlehmanesquire@gmail.com
          ERIK B. JENSEN    on behalf of Debtor Franklin Albert Bennett III akeem@jensenbagnatolaw.com,
           gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          FRANK S. MARINAS    on behalf of Creditor Leila  Reyes Fmarinas@msn.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    West Whiteland Township jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JEROME B. BLANK    on behalf of Creditor    CITIBANK N.A., AS TRUSTEE, et.al. paeb@fedphe.com
          JEROME B. BLANK    on behalf of     CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1
           ASSET-BACKED CERTIFICATES, SERIES 2005-SD1 paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bkgroup@kmllawgroup.com
          LAUREN S. ZABEL    on behalf of     CITIBANK, N.A., AS TRUSTEE FOR WACHOVIA LOAN TRUST, 2005-SD1
           ASSET-BACKED CERTIFICATES, SERIES 2005-SD1 lzabel@reedsmith.com
          LAUREN S. ZABEL    on behalf of Creditor    CITIBANK N.A., AS TRUSTEE, et.al. lzabel@reedsmith.com
          MARIO J. HANYON    on behalf of Creditor    CITIBANK N.A., AS TRUSTEE, et.al. paeb@fedphe.com
          PAUL BRINTON MASCHMEYER    on behalf of Creditor Leila  Reyes pmaschmeyer@maschmarinas.com,
           FMarinas@msn.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 14
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKLIN ALBERT BENNETT III                Chapter 13

                    Debtor            Bankruptcy No. 19-10350-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 31, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID K. LEHMAN, ESQ
SANDHER & LEHMAN, LLC
1628 JFK BLVD., SUITE 2120
PHILA.,, PA 19103-

Debtor:
FRANKLIN ALBERT BENNETT III

516 BROOKVIEW ROAD

EXTON, PA 19341